**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV -4 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> DOES 1-44, ) <br> ) <br> Defendants, ) | CIVIL ACTION FILE <br><br> NO. 1:04-CV-0438-CC |

NOTICE OF DISMISSAL OF
DEFENDANT DOE NO. 26 WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i) Plaintiffs Virgin Records America, Inc., et al. hereby dismiss this action with prejudice only as to Defendant Doe No. 26, known to Plaintiffs by the Internet Protocol address of 24.223.207.60 2003-11-30 18:36:22.

This 4th day of November, 2004.

TROUTMAN SANDERS LLP

_____
JAMES A. LAMBERTH
Georgia Bar No. 431851
MERLE R. ARNOLD
Georgia Bar No. 023503

Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

Attorneys for Plaintiffs

Entered as dismissed pursuant to Rule 41(a)(1)(i), F.R.C.P.
Luther D. Thomas, Clerk
By: _____ Deputy Clerk

1397235_1.DOC

ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV -4 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., et al., | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION FILE |
| v. | )<br>) NO. 1:04-CV-0438-CC |
| DOES 1-44, | )<br>) |
| Defendants, | ) |

NOTICE OF DISMISSAL OF
DEFENDANT DOE NO. 18 WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i) Plaintiffs Virgin Records America, Inc., et al. hereby dismiss this action with prejudice only as to Defendant Doe No. 18, known to Plaintiffs by the Internet Protocol address of 66.167.66.231 2003-07-03 13:59:23.

This 4th day of November, 2004.

TROUTMAN SANDERS LLP

Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)

JAMES A. LAMBERTH
Georgia Bar No. 431851
MERLE R. ARNOLD
Georgia Bar No. 023503

Attorneys for Plaintiffs

Entered as dismissed pursuant to
Rule 41(a)(1)(i), F.R.C.P.

Luther D. Thomas
By: Deputy Clerk

1397231_1.DOC\